# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>RISHI SHAH and SHRADHA AGARWAL,<br><br>　　　　Defendants-Appellants. | Nos. 24-2230 & 24-2236 |

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR ABEYANCE

　　Defendants-Appellants Rishi Shah and Shradha Agarwal respectfully move for the existing briefing deadlines in this case to be suspended and for merits briefing in this appeal to be placed in abeyance pending final resolution of outstanding issues related to restitution in the District Court. Counsel for the Government has indicated that the United States does not oppose this motion.

　　1.　This appeal arises from a highly complex proceeding in the District Court. The Government filed a 26-count indictment against Appellants and their co-defendants, resulting in a trial that lasted nearly three months with over a thousand trial exhibits admitted. Post-trial

1

proceedings lasting over a year have added multiple days of in-person testimony and several additional rounds of briefing.

2. In June and July 2024, the District Court held sentencing hearings and entered judgment against Appellants. To date, however, the District Court has not yet resolved the amount of restitution to be assessed against Appellants. *See* D. Ct. ECF No. 805 at 7; D. Ct. ECF No. 807 at 7. The District Court has set a hearing for September 3-5, 2024, to address the outstanding restitution issues. D. Ct. ECF No. 818.

3. In the meantime, this Court has set an appellate briefing schedule with Appellants' opening briefs currently due on August 28, 2024.

4. The outstanding restitution amount does not affect this Court's appellate jurisdiction in light of 18 U.S.C. § 3664(o), which provides that a judgment imposing restitution is "final" notwithstanding the possibility that the District Court may amend the amount after the notice of appeal has been filed.

5. As a practical matter, however, it will be more efficient for the parties and this Court to suspend the existing merits briefing deadlines and hold the merits briefing in abeyance until the District Court has

resolved the outstanding amount of restitution. This abeyance will allow the parties to brief all issues at once, rather than brief the issues related to conviction and sentencing in one appeal and the issues related to restitution in a subsequent appeal.

6. The delay occasioned by this abeyance should be minimal, given that the District Court has already set a hearing to resolve the remaining restitution issues in early September. Appellants will promptly notify this Court when the District Court has resolved the remaining restitution issues.

7. Counsel for the Government has indicated that the United States does not oppose this motion.

## CONCLUSION

Appellants respectfully requests that the current briefing deadlines be suspended and this appeal be held in abeyance until the District Court has issued a final determination as to the amount of restitution to be imposed against Appellants.

Respectfully submitted,

LAW OFFICE OF JOHN D. CLINE

/s/ *John D. Cline*
JOHN D. CLINE
600 Stewart St., Suite 400
Seattle, Washington 98101
Tel: (360) 320-6435
*cline@johndclinelaw.com*

*Attorney for Appellant Shradha Agarwal*

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN*
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2080
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorney for Appellant Rishi Shah*

*Application for admission to the Seventh Circuit pending

August 1, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Fed. R. App. P. 27(d)(2)(A), I hereby certify that the foregoing Motion was produced using Century Schoolbook 14-point font using Microsoft Word for Office 365 and contains 436 words.

/s/ John D. Cline

August 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of August, 2024, the foregoing Motion was filed electronically using the CM/ECF system, which shall send notification to counsel for appellee.

/s/ John D. Cline