# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Appellee*,

v.

SHRADHA AGARWAL,

*Defendant-Appellant.*

No. 24-2236

**DECLARATION OF EUGENE A. SOKOLOFF
REGARDING CONSENT AND ACKNOWLEDGEMENT OF
DEFENDANT-APPELLANT SHRADHA AGARWAL
TO SUBSTITUTION OF RETAINED COUNSEL**

I, Eugene A. Sokoloff, respectfully submit this declaration pursuant to the Order entered August 26, 2024 (Dkt. 10):

1.   I am a partner of the law firm MoloLamken LLP. I am over 18 years of age and a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit.

2.   On July 19, 2024, counsel for defendant-appellant Shradha Agarwal, John D. Cline, filed the notice of appeal and docketing statement in the above-captioned appeal (Dkt. 1). Mr. Cline thereby became counsel of record in this appeal, No. 24-2236, under Local Rule 3(d).

3.  Ms. Agarwal has since retained me to represent her as counsel of record on appeal, replacing Mr. Cline.

4.  On August 21, 2024, I noticed appearance as counsel of record in this appeal (Dkt. 6). Pursuant to Local Rule 3(d), Mr. Cline simultaneously moved to withdraw as counsel of record (Dkt. 9).

5.  Pursuant to the Order of this Court entered August 26, 2024 (Dkt. 10), I attach a signed letter from Ms. Agarwal acknowledging and consenting to Mr. Cline's withdrawal and my substitution as counsel of record in this appeal as Exhibit A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  August 29, 2024
           Chicago, Illinois

/s/ Eugene A. Sokoloff
Eugene A. Sokoloff
MOLOLAMKEN LLP
300 N. LaSalle St., Suite 5350
Chicago, IL  60654
(312) 450-6718
esokoloff@mololamken.com

*Attorney for Defendant-Appellant*
*Shradha Agarwal*

## **CERTIFICATE OF SERVICE**

I certify that today, August 29, 2024, I electronically filed the foregoing Declaration of Eugene A. Sokoloff Regarding Consent and Acknowledgement of Defendant-Appellant Shradha Agarwal to Substitution of Retained Counsel with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

August 29, 2024

/s/ Eugene A. Sokoloff
Eugene A. Sokoloff

# EXHIBIT A

August 29, 2024

BY CM/ECF

Christopher G. Conway
Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

      Re:     Statement of Consent and Acknowledgement to Substitution of Counsel with Counsel Eugene A. Sokoloff in *United States v. Agarwal* (No. 24-2236)

Dear Mr. Conway,

    I am the defendant-appellant in this case. I write to acknowledge and consent to the substitution of my former counsel in this appeal, John D. Cline, of the Law Office of John D. Cline, with Eugene A. Sokoloff, of MoloLamken LLP.

    I retained Mr. Sokoloff as appellate counsel after Mr. Cline filed the notice and docketing statement to initiate this appeal on my behalf. I request that Mr. Cline's motion to withdraw be granted, and that Mr. Sokoloff be substituted as my counsel in this appeal.

                                                                Sincerely,

                                                                Shradha Agarwal