# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 29, 2024

*By the Court*:

No. 24-2236

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee,<br><br>    v.<br><br>SHRADHA AGARWAL,<br>    Defendant - Appellant. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:19-cr-00864-2<br><br>Thomas M. Durkin,<br>    *Judge.* |

**O R D E R**

On consideration of the Declaration of Eugene A. Sokoloff Regarding Consent and Acknowledgement of Defendant-Appellant Shradha Agarwal to Substitution of Retained Counsel filed by attorney Eugene A. Sokoloff on August 29, 2024, and the Statement of Consent and Acknowledgement to Substitution of Counsel signed by defendant-appellant Shradha Agarwal,

IT IS ORDERED that the Motion to Withdraw as Counsel, filed on August 21, 2024, is GRANTED. Attorney Eugene A. Sokoloff is SUBSTITUTED as retained counsel for defendant-appellant Shradha Agarwal in this appeal in place of attorney John D. Cline.

The briefing schedule remains SUSPENDED pursuant to the court's order of August 5, 2024.